Donald J. Kennedy
Gary D. Sesser
Laura A. Reeds
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
*Attorneys For Defendant Regalindo Resources Pte Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SEATREK TRANS PTE LTD.,

                      Plaintiff,

v.

REGALINDO RESOURCES PTE LTD.,

                      Defendant.
------------------------------------------------------------X

08 CIV 00551 (LAP)

**NOTICE OF RESTRICTED APPEARANCE**

Notice is given pursuant to Supplemental Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claim and Asset Forfeiture Action of the Federal Rules of Civil Procedure that Regalindo Resources Pte Ltd. appears specially in this action for the sole purpose of defending against the claim of Seatrek Trans Pte Ltd., plaintiff, in the above-entitled action, with respect to which claim there has issued process of attachment and garnishment. This appearance is expressly restricted to the defense of such claim and does not constitute an

6281079.1

appearance for the purpose of any other claim or claims.

Dated: New York, New York
February 22, 2008

>                    CARTER LEDYARD & MILBURN LLP
>
>                    By: _____
>                           Donald J. Kennedy
>                           Gary D. Sesser
>                           Laura A. Reeds
>                        2 Wall Street
>                        New York, NY 10005
>                        Tel: (212) 732-3200
>                        Fax: (212) 732-3232
>                    *Attorneys for Defendant Regalindo Resources Pte Ltd.*

To:

Blank Rome, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood
405 Lexington Avenue
New York, New York 10174-0208
Tel. 212-885-5000
Fax: 212-885-5001

-2-

6281079.1