Donald J. Kennedy, Esq.
Gary D. Sesser, Esq.
Laura A. Reeds, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
*Attorneys For Defendant Regalindo Resources Pte Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEATREK TRANS PTE LTD.,                  :
                                         :
                        Plaintiff,       :    08 CIV 00551 (LAP)
                                         :
                                         :
            v.                           :    **AFFIDAVIT OF SERVICE**
                                         :
REGALINDO RESOURCES PTE LTD.,            :
                                         :
                        Defendant.       :
------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

EDURIN COLON, being duly sworn, deposes and says:

1. I am over the age of eighteen years and am not a party to this action. I am employed by the law firm of Carter, Ledyard & Milburn LLP, attorneys for the Defendant.

2. On Tuesday, February 26, 2008, I personally served true and correct copies of the Order to Show Cause, dated February 25, 2008 and returnable March 25, 2008, to Vacate the Order of Attachment; the Affidavit of Donald J. Kennedy; the Declaration of Phua Teck Chew; the Memorandum of Law in Support of Regalindo Resources Pte, Ltd.'s Application to Vacate

1020539-11317453.1           -1-
6286006.1

Order of Attachment; and the Notice of Restricted Appearance of Carter Ledyard & Milburn LLP upon the following;

(a) At 9:47 A.M., upon Blank Rome LLP at their place of business located at 405 Lexington Avenue, New York, New York, by delivering and leaving the aforementioned papers with Karl Reda, an Assistant Managing Clerk, who is authorized to accept service of papers on behalf of Blank Rome LLP;

I describe Karl Reda as follows: a male Caucasian, approximately 50 years of age, weighing approximately 170 pounds, approximately 5'7" in height, having salt & pepper hair and brown eyes;

(b) At 11:04 A.M., upon The Bank of New York at their place of business located at 120 Broadway, New York, New York, by delivering and leaving the aforementioned papers with Martha Marimon, a Legal Clerk, who is authorized to accept service of papers on behalf of The Bank of New York;

I describe Martha Marimon as follows: a female Caucasian, approximately 33 years of age, weighing approximately 160 pounds, approximately 5'7" in height, having brown hair and brown eyes.

_____
Edurin Colon

Sworn to before me this

26th day of February, 2008

_____
Notary Public.

1020539-11317453.1
6286006.1

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate ...
Commission ...

-2-