## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

The undersigned being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age. That on March 10, 2008, she caused to be served a true copy of the AFFIDAVIT OF JEREMY J.O. HARWOOD DATED March 10, 2008 and MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S ORDER TO SHOW CAUSE SEEKING TO VACATE AN ADMIRALTY SUPPLEMENTAL RULE B PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT by FedEx courier upon:

> Donald J. Kennedy, Esq.
> CARTER LEDYARD & MILBURN LLP
> 2 Wall Street
> New York, NY 10005
> Tel: 212-732-3200

_____
RENEE KINTZER

Sworn to before me this
10th day of March, 2008

_____
Notary Public

BARBARA WALSH
Notary Public, State of New York
No. 01WA4925486
Qualified in Queens County
Commission Expires August 15, 2010

20

129054.00601/6621934v.1