Donald J. Kennedy
Gary D. Sesser
Laura A.Reeds
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
*Attorneys For Defendant Regalindo Resources Pte Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SEATREK TRANS PTE LTD.,

               Plaintiff,

               v.

REGALINDO RESOURCES PTE LTD.,

               Defendant.

-------------------------------------------------------------X

08 CIV 00551 (LAP)

**SUPPLEMENTAL AFFIDAVIT
OF DONALD J. KENNEDY**

STATE OF NEW YORK     )
                         : ss.:
COUNTY OF NEW YORK   )

     Donald J. Kennedy, being duly sworn, deposes and says:

     1.     I am a member of the law firm of Carter Ledyard & Milburn LLP, counsel for the

defendant, Regalindo Resources Pte Ltd. ("Regalindo"). I submit this supplemental affidavit in

support of Regalindo's motion to vacate the process of maritime attachment and garnishment

issued herein and to dismiss the complaint.

## Service

2.      Counsel for the garnishee, Bank of New York Mellon ("BNYM"), by letter dated March 14, 2008, a copy of which is attached as Exhibit A with attachments, confirms that BNYM was served with Process of Maritime Attachment and Garnishment on February 4, 5 and 6, 2008 and the particular wire transfer was received by BNYM at 3:33 a.m. on February 5, 2008.  Counsel for BNYM, Kevin L. McGee, informed me that he could not determine at what time the BNYM was served with process on February 4, 5 and 6, 2008.

3.      Counsel for BNYM in a follow up email dated March 14, 2008, a copy of which is attached as Exhibit B,  forwarded the service of process details which were omitted from his earlier correspondence.

## The "Agreement"

4.      Counsel for Seatrek Trans Pte Ltd. in their Memorandum of Law in Opposition to Defendant's Order to Show Cause dated March 10, 2008, stated in part on page 3:

> BONY (like many other Clearing House banks) has an established policy to accept service of Rule B attachment orders, after the first hand delivery, by means of e-mail or fax, and to treat such service as effective throughout each business day on which service is made.  Aff. ¶ 7.  Thereafter, pursuant to BONY's agreement with Seatrek's counsel, daily service was made by electronic means.  Aff. ¶ 8. (underscoring added)

5.      On March 14, 2008, I sent an email to counsel for the Bank of New York Mellon requesting that he provide me with a copy of the agreement between BNYM and Seatrek's counsel referenced in their Memorandum of Law (Ex. C).

6294330.1

6.    On March 18, 2008, counsel for the BNYM, Kevin L. McGee of the law firm of

Rawle & Hendersen, LLP responded in part:

> There was/is no written agreement between plaintiff's counsel and
> the Bank with regard to daily service of process. However, as is
> The Bank of New York Mellon's standard practice, where the
> Court's original Order permits facsimile service of process,  the
> Bank will accept supplemental service of Process via facsimile
> (Ex. D).

Dated: New York, New York
      March 20, 2008

_____
Donald J. Kennedy

Sworn to before me this
20th day of March, 2008

_____
NOTARY PUBLIC

MARITZA LEON
Notary Public, State of New York
No. 01LE6003817
Qualified in Nassau County
Commission Expires March 9, 2010

-3-

6294330.1

# EXHIBIT A

# RAWLE & HENDERSON LLP



CARL D. BUCHHOLZ, III
215-575-4235
cbuchholz@rawle.com

KEVIN L. MCGEE
215-575-4431
kmcgee@rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

March 14, 2008

**Via E-Mail: kennedy@clm.com**
Donald J. Kennedy, Esquire
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072

> RE:    **Seatrek Trans Pte. Ltd. v. Regalindo Resources Pte. Ltd.**
> **U.S.D.C. for the Southern District of New York No. 08-Civ-551 (LAP)**
> **Our File: 442,183-473**

Dear Mr. Kennedy:

We represent The Bank of New York Mellon as garnishee with regard to the Process of Maritime Attachment and Garnishment (PMAG) in the above captioned matter.

Pursuant to the requests set forth in the Order to Show Cause issued by Judge Preska on February 25, 2008, and in lieu of a more formal response, we attach the following information:

> 1)    Copies of the PMAG which were served by fax upon The Bank of New York Mellon by attorneys for plaintiff on February 4, 5, and 6, 2008; and

> 2)    A copy of the wire transfer details dated February 5, 2008, for the transfer of $249,975.00 from Regalindo Resources Pte. Ltd. to Bank Nisp, Pt.; said funds having been restrained by The Bank of New York pursuant to the PMAG which was served upon the Bank.

According to the wire transfer details, this particular wire was received by The Bank of New York Mellon at 3:33 AM on February 5, 2008.

Please be advised that as the garnishee, The Bank of New York Mellon takes no position, one way or the other, with regard to the underlying dispute between plaintiff and defendant regarding this restraint. Rather, as the Bank had been served with a PMAG, the Bank was simply carrying out its court mandated obligation in restraining any assets of the named defendant which were in,

2323877-1

Donald J. Kennedy, Esquire
March 6, 2008
Page 2

or passed through the Bank.  As such, unless otherwise requested by the Court or the parties, we
will not be attending the hearing which is presently scheduled for March 25, 2008.

In the meantime, in fulfilling its obligations to the Court pursuant to the PMAG, The Bank of
New York will continue to restrain the funds in question until such time that it is ordered by the
Court to do otherwise.

Should you have any questions, please do not hesitate to contact us.


Very truly yours,

RAWLE & HENDERSON LLP



By:

      Carl D. Buchholz, III
      Kevin L. McGee

CDB/KLM/
Enclosures

cc:   Jeremy J.O. Harwood, Esquire (via e-mail: JHarwood@BlankRome.com)
      Erin Schembri (via e-mail: erin.schembri@bnymellon.com)
      Robyn Monaco (via e-mail: robyn.monaco@bnymellon.com)

**Kevin McGee**

```
+----------------------------------+----------------------------------+
|                                  |                                  |
|   Debit Party                    |    Debit Party Source            |
|  DEP                             |  TRN                             |
|         CHIPS                    |                 ████████████     |
|  DB:                             |  1                               |
|        ████████████████          |                                  |
|                                  |                                  |
|        HSBC BANK USA             |                                  |
|                                  |                                  |
|        140 BROADWAY 12TH FL      |                                  |
|                                  |                                  |
|        NEW YORK, N.Y. 10005-1180 |                                  |
|                                  |                                  |
+----------------------------------+----------------------------------+
|                                  |                                  |
|                                  |                                  |
|   Ordering Customer              |    Ordering Customer Source      |
|  ORG:                            |  2                               |
|                                  |    Name:  ████████████████████   |
|        REGALINDO RESOURCES PTE   |           REGALINDO RESOURCES PTE|
|        LTD                       |           LTD                    |
|                                  |    Addr 1:                       |
|        1 NORTH BRIDGE ROAD       |           1 NORTH BRIDGE ROAD    |
|                                  |    Addr 2:                       |
|        16-08                     |           16-08                  |
|                                  |    Addr 3:                       |
|        HIGH STREET CENTRE        |           HIGH STREET CENTRE     |
|        PC:179094                 |           PC:179094              |
|                                  |                                  |
+----------------------------------+----------------------------------+
|                                  |                                  |
|                                  |                                  |
|   Ordering Bank                  |    Ordering Bank Source          |
|  OGB:                            |  3                               |
|                                  |    Name:  ████████████           |
|        HSBC SINGAPORE GENERAL    |           HSBC SINGAPORE GENERAL |
|        ACCOUNT                   |           ACCOUNT                |
|                                  |    Addr 1:                       |
|        FINANCIAL CONTROL DIV RECON|          FINANCIAL CONTROL DIV   |
|        SECTION                   |           RECON SECTION          |
|                                  |    Addr 2:                       |
|        21 COLLYER QUAY 15-01 HSBC|           21 COLLYER QUAY 15-01 HSBC|
|        BLDG                      |           BLDG                   |
|                                  |    Addr 3:                       |
|        SINGAPORE 049320          |           SINGAPORE 049320       |
|                                  |                                  |
```

1

```
INS :
```

---

```
  Credit Party                    Credit Party Source
DEP                             TRN
      CHIPS                     4
CR:
      ▄▄▄▄▄▄▄▄                      ▄▄▄▄▄▄▄▄▄▄▄▄▄▄
                                   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄
   BANK NISP, PT
                                   BANK NISP, PT
   BANK NISP TOWER
                                   BANK NISP TOWER
   JL PROF DR SATRIO KAV 25
                                   JL PROF DR SATRIO KAV 25
   JAKARTA 12940, INDONESIA
                                   JAKARTA 12940, INDONESIA
```

---

```
  Account With Party              Account With Party Source
BBK:
                                 5
```

---

```
  Beneficiary                     Beneficiary Source
BNF:                             6
```

2

```
CR ADV
            CHG
CR                              CR
        ********** NONE              ********** NONE **********
        ************            SI
SI
        ***********CAUTION*
        **********

        DO NOT CONFUSE WITH
        PT BANK

        OCBC-BANK NISP A/C
        #8900331151


--------------------------------+-------------------------------------


  Details of Payment              Details of Payment Source
DEP                             TRN
                     CHIPS      ██████████████████
OBI:                            7




--------------------------------+-------------------------------------




  Bank to Bank Information        Bank to Bank Information Source
BBI:                            8

    BBK INFO: IN CVR OF THE         BBK INFO: IN CVR OF THE DIRECT
    DIRECT PAYM                     PAYM

    ENT REFERENCE 036346368         ENT REFERENCE 036346368




--------------------------------+-------------------------------------


SWIFT 20:   ████████████
```

```
                        SWIFT 20
                        SOURCE:
                        ██████████

SWIFT 21:  ███████

                        SWIFT 21
                        SOURCE:
                        ██████████

AMT      249,975.00
                             FUNDS
                               S
           ASN 09210
                        MSG TYPE
                             DET
                             OF
                             CHGS


                             ADJ
                             XREF
                        STATUS
                        Wait
                        Service

O|
                             T|
                             INSER
                             T:
                             03333
                             4
                        D| ORGIN:
                        2008 / 02
                        / 05
                             D|
P|

                             I|
                        A|
                             O|
E|

                             M|
                             VERIF
                             Y:
                             00000
                             0
                        T| VALUE:
                        2008 / 02
                        / 05
                             C|
R|

                             E|
                        E|
                             S|
S|

                             S| FD
                        RLS:
                             00000
                             0
                        S| DRVAL:
```

4

```
2008 / 02  |                                        |
/ 05       |                                        |
           |                                        |
           |                                        |
           | -------------------------------------- |
```

**Kevin McGee**

```
--------------------------------+--------------------------------
|                               |                               |
|  Debit Party                  |   Debit Party Source          |
|  DEP                          |   TRN                         |
|          CHIPS                |                               |
|  DB:                          |   1                           |
|     ██████████████            |                               |
|                               |                               |
|     HSBC BANK USA             |                               |
|                               |                               |
|     140 BROADWAY 12TH FL      |                               |
|                               |                               |
|     NEW YORK, N.Y. 10005-1180 |                               |
|                               |                               |
--------------------------------+--------------------------------
|                               |                               |
|  Ordering Customer            |   Ordering Customer Source    |
|  ORG:                         |   2                           |
|                               |   Name:   ██████████████████  |
|     REGALINDO RESOURCES PTE   |           REGALINDO RESOURCES PTE |
|     LTD                       |           LTD                 |
|                               |   Addr 1:                     |
|     1 NORTH BRIDGE ROAD       |           1 NORTH BRIDGE ROAD  |
|                               |   Addr 2:                     |
|     16-08                     |           16-08               |
|                               |   Addr 3:                     |
|     HIGH STREET CENTRE        |           HIGH STREET CENTRE  |
|     PC:179094                 |           PC:179094           |
|                               |                               |
--------------------------------+--------------------------------
|                               |                               |
|  Ordering Bank                |   Ordering Bank Source        |
|  OGB:                         |   3                           |
|                               |   Name:   ██████████          |
|     HSBC SINGAPORE GENERAL    |           HSBC SINGAPORE GENERAL |
|     ACCOUNT                   |           ACCOUNT             |
|                               |   Addr 1:                     |
|     FINANCIAL CONTROL DIV RECON |         FINANCIAL CONTROL DIV |
|     SECTION                   |           RECON SECTION       |
|                               |   Addr 2:                     |
|     21 COLLYER QUAY 15-01 HSBC |          21 COLLYER QUAY 15-01 HSBC |
|     BLDG                      |           BLDG                |
|                               |   Addr 3:                     |
|     SINGAPORE 049320          |           SINGAPORE 049320    |
|                               |                               |
```

1

INS :

Credit Party
DEP
      CHIPS
CR:
    █████████████

    BANK NISP, PT

    BANK NISP TOWER

    JL PROF DR SATRIO KAV 25

    JAKARTA 12940, INDONESIA

Credit Party Source
TRN
4    ████████████████

    ███████████████████

    BANK NISP, PT

    BANK NISP TOWER

    JL PROF DR SATRIO KAV 25

    JAKARTA 12940, INDONESIA

Account With Party
BBK:

Account With Party Source

5

Beneficiary
BNF:

Beneficiary Source
6

2

```
CR ADV
              CHG
CR                                    CR
         ********** NONE                  ********** NONE **********
         ************             SI
SI
         ***********CAUTION*
         **********

         DO NOT CONFUSE WITH
         PT BANK

         OCBC-BANK NISP A/C
         #8900331151
```

--------------------------------------+---------------------------------------

```
 Details of Payment                    Details of Payment Source
DEP                                   TRN
                      CHIPS           ████████████████████
OBI:                                  7
```

--------------------------------------+---------------------------------------

```
 Bank to Bank Information              Bank to Bank Information Source
BBI:                                  8

    BBK INFO: IN CVR OF THE              BBK INFO: IN CVR OF THE DIRECT
    DIRECT PAYM                          PAYM

    ENT REFERENCE 036346368              ENT REFERENCE 036346368
```

--------------------------------------+---------------------------------------

```
SWIFT 20:    ████████████
```

SWIFT 20
SOURCE:
▰▰▰▰▰▰▰

SWIFT 21: ▰▰▰▰▰▰▰

SWIFT 21
SOURCE:
▰▰▰▰▰▰

AMT      249,975.00

                    FUNDS
                    S

        ASN 09210
                MSG TYPE
                DET
                OF
                CHGS

                ADJ
                XREF
            STATUS
            Wait
            Service

O|

                T|
                INSER
                T:
                03333
                4
            D| ORGIN:
            2008 / 02
            / 05
                D|

P|

                I|
            A|
                O|

E|

                M|
                VERIF
                Y:
                00000
                0
            T| VALUE:
            2008 / 02
            / 05
                C|

R|

                E|
            E|
                S|

S|

                S| FD
            RLS:
            00000
            0
            S| DRVAL: |

4

```
2008 / 02  |                                              |
/ 05       |                                              |
           |                                              |
           |- - - - - - - - - - - - - - - - - - - - - - - |
```

# EXHIBIT B

## Kennedy, Donald

| | |
|---|---|
| **From:** | Kevin McGee [KMcGee@rawle.com] |
| **Sent:** | Friday, March 14, 2008 3:50 PM |
| **To:** | Kennedy, Donald |
| **Cc:** | jharwood@blankrome.com; erin.schembri@bnymellon.com; robyn.monaco@bnymellon.com |
| **Subject:** | FW: Seatrek Trans Pte. Ltd. v. Regalindo Resources Pte. Ltd. - SDNY 08-551 - R&H File No. 442,183-473 |
| **Importance:** | High |
| **Attachments:** | Seatrek - Service of Process.pdf; (2323877 - 1) - BNYM_3-6-08_ltr_kennedy - #473.DOC; Seatrek - Redacted Wire details.pdf; Seatrek - Redacted Wire details.pdf |

Service of Process details as mentioned in previous correspondence -

<<Seatrek - Service of Process.pdf>>

Very Respectfully,

Kevin L. McGee, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
215-575-4431 - Phone
215-563-2583 - Fax


-----Original Message-----
**From:** Kevin McGee
**Sent:** Friday, March 14, 2008 3:48 PM
**To:** 'Kennedy@clm.com'
**Cc:** jharwood@blankrome.com; 'erin.schembri@bnymellon.com'; 'robyn.monaco@bnymellon.com'
**Subject:** Seatrek Trans Pte. Ltd. v. Regalindo Resources Pte. Ltd. - SDNY 08-551 - R&H File No. 442,183-473
**Importance:** High

<<(2323877 - 1) - BNYM_3-6-08_ltr_kennedy - #473.DOC>> <<Seatrek - Redacted Wire details.pdf>> <<Seatrek - Redacted Wire details.pdf>>

Very Respectfully,

Kevin L. McGee, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
215-575-4431 - Phone
215-563-2583 - Fax


*************************************************************************************************************

This communication, including attachments, may contain information that is confidential and protected by the attorney/client or

other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

*************************************************************************************************************



# FAX TRANSMITTAL FORM

Date  February 4, 2008

Re:  Seatrek Trans PTE Ltd., v. Regalindo Resources PTE Ltd.,
S.D.N.Y 08 CIV. 531 (LAP) - OUR REF. NO 129054-00601

| | TO: | BANK: | FAX NO.: | CONFIRMATION NO.: |
|---|---|---|---|---|
| 1. | P. McElveen/S. Sterling | ABN Amro Bank | (212) 409-7303 | (212) 409-1601 |
| 2. | Unaddressed | The Bank of New York | (212) 693-5042 | (732) 622-1063 |
| 3. | Walter Petzinger | Dresdner Bank AG | (212) 969-7844 | |
| 4 | Unaddressed | JP Morgan Chase | (917) 464-8069 | (212) 552-6732 |
| 5. | Jessica Sperando | HSBC | (212) 382 7593 | (716) 841-2796 |
| 6. | Ying Wang | Bank of China | (212) 832-5953 | (212) 935-3101 ext. 355 |

| From: | Jeremy J.O Harwood | | # of Pages: | 6 |
|---|---|---|---|---|
| Phone: | (212) 885-5149 | | (include cover) | |
| Fax: | (917) 332-3720 | | Client/Matter #: | 129054-00601 |
| Email: | JHarwood@blcnxtowy.com | | | |
| Atty No.: | 05019 | | | |

| ORIGINAL: | | WHEN COMPLETED: | |
|---|---|---|---|
| Will Follow | | Call For Pickup: | |
| Will Not Follow: | x | Send Interoffice: | x |

**COVER MESSAGE:**

Dear Ladies and Gentlemen:

Pursuant to the attached Order of the Court, we are serving the attached Process of Maritime Attachment and Garnishment concerning the above-referenced matter as initial hand service was effected on or about January 25, 2008. Kindly notify me if any funds are attached as a result.

Very truly yours,
Jeremy J.O. Harwood

CONFIDENTIALITY NOTE:
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | DATE SENT: | TIME SENT: | TIME CALLED: |
|---|---|---|---|
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

405 Lexington Avenue New York NY 10174-0208
212 885 5000 Fax  212 885 5001

900200 00001/6577231v.1

ORIGINAL

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEATREK TRANS PTE LTD.,

Plaintiff,

v.

REGALINDO RESOURCES PTE LTD.,

Defendant.

07 Civ. 551 (LAP)

ORDER DIRECTING CLERK
TO ISSUE PROCESS OF
MARITIME ATTACHMENT
AND GARNISHMENT

Upon reading and filing the Verified Complaint of Plaintiff, SEATREK TRANS

PTE LTD ("Plaintiff"), verified on January 22, 2008 by Jeremy J.O. Harwood, Esq., that

to the best of his information and belief, the Defendant REGALINDO RESOURCES

PTE LTD., cannot be found within this district, and the Court having found that the

conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and

Maritime Claims of the Federal Rules of Civil Procedure exist,

NOW, upon motion of Blank Rome LLP, attorneys for Plaintiff, it is hereby,

ORDERED, that the Clerk of this Court is authorized to issue the Process of

Maritime Attachment and Garnishment against all assets, cash, funds, credits, wire

transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights,

900200.00001/6610486v.1

charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendant, including, but not limited to any such assets as may be in the possession, custody or control of, or being transferred through any garnishee within this District, including, without limitation, assets held by or at:

1. The Bank of New York
2. Bank of America
3. JP Morgan Chase
4. ABN Amro Bank
5. American Express Bank
6. Barclay's Bank
7. BNP Paribas
8. Citibank
9. Deutsche Bank and/or Deutsche Bank Trust Co. Americas
10. Dresdner Bank AG
11. HSBC Bank USA
12. Bank of China

and said Order being equally applicable with respect to the issuance and service of additional Writs of Maritime Attachment and Garnishment upon any garnishees in this district not named herein, in an amount up to and including $3,777,200 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED**, that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED**, that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED**, that following initial service by the United States Marshal or other designated process server upon each garnishee, supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or email to each garnishee and, it is further,

**ORDERED**, that service on any garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the garnishee's business the next business day; and, it is further,

**ORDERED**, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each garnishee may consent, in writing, to accept service by any other means; and, it is further,

**ORDERED**, that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

Dated: _January 23_, 2008          SO ORDERED:

A CERTIFIED COPY
J. MICHAEL McMAHON,          **CLERK**

BY _____
            DEPUTY CLERK

346661.1
900200.00001/6610486v.1

3

## SCHEDULE A

1.   The Bank of New York
2.   Bank of America
3.   JP Morgan Chase
4.   ABN Amro Bank
5.   American Express Bank
6.   Barclay's Bank
7.   BNP Paribas
8.   Citibank
9.   Deutsche Bank and/or Deutsche Bank Trust Co. Americas
10.  Dresdner Bank AG
11.  HSBC Bank USA
12.  Bank of China

08 Civ. 20551 ( LAP)
Docket No.

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York - GREETINGS

    WHEREAS, a complaint has been filed in the United States District Court for the Southern District of New York on the 22nd day of January, 2008 by

    SEATREK TRANS PTE LTD.,

Plaintiff,

-against-

    REGALINDO RESOURCES PTE LTD.,

Defendant

in a certain action for breach of a charter party alleging to be due and owing the said Plaintiff the amount of US$3,777,200 and praying for process of maritime attachment and garnishment against the said Defendant, and

    WHEREAS, this process is issued pursuant to such prayer and requires that each garnishee shall serve its answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon it and requires that each defendant shall serve its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

    NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District you attach goods and chattels to the amount sued for; and if such property cannot be found that you attach credits and effects to the amount sued for, in the hands of garnishees in this district

    (1) The Bank of New York; (2) Bank of America; (3) JP Morgan Chase; (4) ABN Amro Bank; (5) American Express Bank; (6) Barclay's Bank; (7) BNP Paribas; (8) Citibank; (9) Deutsche Bank and/or Deutsche Bank Trust Co. Americas; (10) Dresdner Bank AG; (11) HSBC Bank and (12) Bank of China;

to wit: cash, funds, freight, hire, credits and owing up to the total sum of US$3,777,200 and any other property in whatever form belonging to defendant, including but not limited to electronic fund transfers originated by, payable to or otherwise for the benefit of defendant, whether to or from Defendant's foreign banks, or any other electronic fund transfers and that you promptly after execution of this process, file the same in this Court, with your return thereon.

    WITNESS, the Honorable Kimba M. Wood, Chief Judge of said Court, this 23rd day of January, 2008, in the year of our Lord two thousand eight, and of our Independence the two hundred and thirty first.

BLANK ROME, LLP
Jeremy Harwood (JH 9012)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5149
Attorneys for Plaintiff

J. MICHAEL McMAHON
CLERK

By:
Deputy Clerk

*NOTE: This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.*

SDNY Form No. 2, PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

900200.00001/6544350v.1



BLANK ■ ROME LLP
COUNSELLORS AT LAW

# FAX TRANSMITTAL FORM

Date: February 5, 2008

Re:   **Seatrek Trans PTE Ltd., v. Regalindo Resources PTE Ltd.,**
      **S.D.N.Y 08 CIV. 531 (LAP) - OUR REF. NO 129054-00601**

|    | TO: | BANK: | FAX NO.: | CONFIRMATION NO.: |
|----|-----|-------|----------|-------------------|
| 1. | P. McElveen/S. Sterling | ABN Amro Bank | (212) 409-7303 | (212) 409-1601 |
| 2. | Unaddressed | The Bank of New York | (212) 693-5042 | (732) 622-1063 |
| 3. | Walter Petzinger | Dresdner Bank AG | (212) 969-7844 | |
| 4. | Unaddressed | JP Morgan Chase | (917) 464-8069 | (212) 552-6732 |
| 5. | Jessica Sperando | HSBC | (212) 382 7593 | (716) 841-2796 |
| 6. | Ying Wang | Bank of China | (212) 832-5953 | (212) 935-3101 ext. 355 |

| From: | Jeremy J.O Harwood | # of Pages: | 6 |
|-------|--------------------|-------------|---|
| Phone: | (212) 885-5149 | (include cover) | |
| Fax: | (917) 332-3720 | Client/Matter #: | 129054-00601 |
| Email: | JHarwood@blankrome.com | | |
| Atty No.: | 05019 | | |

| ORIGINAL: | | WHEN COMPLETED: | |
|-----------|---|------------------|---|
| Will Follow: | | Call For Pickup: | |
| Will Not Follow: | x | Send Interoffice: | x |

**COVER MESSAGE:**

Dear Ladies and Gentlemen:

Pursuant to the attached Order of the Court, we are serving the attached Process of Maritime Attachment and Garnishment concerning the above-referenced matter as initial hand service was effected on or about January 25, 2008. Kindly notify me if any funds are attached as a result.

Very truly yours,
Jeremy J.O. Harwood

CONFIDENTIALITY NOTE:
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above. collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | DATE SENT: | TIME SENT: | TIME CALLED: |
|-----------------|------------|------------|--------------|
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

405 Lexington Avenue, New York, NY 10174-0208
212.885.5000  Fax: 212.885.5001

(Rosskoff)

# ORIGINAL

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEATREK TRANS PTE LTD.,

                    Plaintiff,

          v.

REGALINDO RESOURCES PTE LTD.,

                    Defendant.

07 Civ. 551 (LAP)

**ORDER DIRECTING CLERK
TO ISSUE PROCESS OF
MARITIME ATTACHMENT
AND GARNISHMENT**

Upon reading and filing the Verified Complaint of Plaintiff, SEATREK TRANS PTE LTD ("Plaintiff"), verified on January 22, 2008 by Jeremy J.O. Harwood, Esq., that to the best of his information and belief, the Defendant REGALINDO RESOURCES PTE LTD., cannot be found within this district, and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist,

NOW, upon motion of Blank Rome LLP, attorneys for Plaintiff, it is hereby,

ORDERED, that the Clerk of this Court is authorized to issue the Process of Maritime Attachment and Garnishment against all assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights,

900200.00001/6610486v.1

charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to,

due, claimed by, being held for or on behalf of, or being transferred for the benefit of

Defendant, including, but not limited to any such assets as may be in the possession,

custody or control of, or being transferred through any garnishee within this District,

including, without limitation, assets held by or at:

1. The Bank of New York
2. Bank of America
3. JP Morgan Chase
4. ABN Amro Bank
5. American Express Bank
6. Barclay's Bank
7. BNP Paribas
8. Citibank
9. Deutsche Bank and/or Deutsche Bank Trust Co. Americas
10. Dresdner Bank AG
11. HSBC Bank USA
12. Bank of China

and said Order being equally applicable with respect to the issuance and service of

additional Writs of Maritime Attachment and Garnishment upon any garnishees in this

district not named herein, in an amount up to and including $3,777,200 pursuant to Rule

B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal

Rules of Civil Procedure; and it is further

ORDERED, that any person claiming an interest in the property attached or

garnished pursuant to said Order shall, upon application to the Court, be entitled to a

prompt hearing at which the Plaintiff shall be required to show why the attachment and

garnishment should not be vacated or other relief granted; and it is further

# SCHEDULE A

1.  The Bank of New York
2.  Bank of America
3.  JP Morgan Chase
4.  ABN Amro Bank
5.  American Express Bank
6.  Barclay's Bank
7.  BNP Paribas
8.  Citibank
9.  Deutsche Bank and/or Deutsche Bank Trust Co. Americas
10. Dresdner Bank AG
11. HSBC Bank USA
12. Bank of China

08 Civ. 0551 ( LAP )
Docket No.

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York – GREETINGS:

WHEREAS, a complaint has been filed in the United States District Court for the Southern District of New York on the 22 day of January, 2008 by

SEATREK TRANS PTE LTD.,

Plaintiff,

-against-

REGALINDO RESOURCES PTE LTD.,

Defendant

in a certain action for breach of a charter party alleging to be due and owing the said Plaintiff the amount of US$3,777,200 and praying for process of maritime attachment and garnishment against the said Defendant, and

WHEREAS, this process is issued pursuant to such prayer and requires that each garnishee shall serve its answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon it and requires that each defendant shall serve its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District you attach goods and chattels to the amount sued for; and if such property cannot be found that you attach credits and effects to the amount sued for, in the hands of garnishees in this district

(1) The Bank of New York; (2) Bank of America; (3) JP Morgan Chase; (4) ABN Amro Bank; (5) American Express Bank; (6) Barclay's Bank; (7) BNP Paribas; (8) Citibank; (9) Deutsche Bank and/or Deutsche Bank Trust Co. Americas; (10) Dresdner Bank AG; (11) HSBC Bank and (12) Bank of China;

to wit: cash, funds, freight, hire, credits and owing up to the total sum of US$3,777,200 and any other property in whatever form belonging to defendant, including but not limited to electronic fund transfers originated by, payable to or otherwise for the benefit of defendant, whether to or from Defendant's foreign banks, or any other electronic fund transfers and that you promptly after execution of this process, file the same in this Court, with your return thereon.

WITNESS, the Honorable Kimba M. Wood, Chief Judge of said Court, this 22 day of January, 2008, in the year of our Lord two thousand eight, and of our Independence the two hundred and thirty first.

BLANK ROME, LLP
Jeremy Harwood (JH 9012)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5149
Attorneys for Plaintiff

J. MICHAEL McMAHON
CLERK

By:
Deputy Clerk

*NOTE. This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.*

SDNY Form No. 2, PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

900200 00001/6544350v 1



BLANK ROME llp
COUNSELORS AT LAW

# FAX TRANSMITTAL FORM

Date: February 6, 2008

**Re:** Seatrek Trans PTE Ltd., v. Regalindo Resources PTE Ltd., S.D.N.Y 08 CIV. 531 (LAP) - OUR REF. NO 129054-00601

| | **TO:** | **BANK:** | **FAX NO.:** | **CONFIRMATION NO.:** |
|---|---|---|---|---|
| 1. | P. McElveen/S. Sterling | ABN Amro Bank | (212) 409-7303 | (212) 409-1601 |
| 2. | Unaddressed | The Bank of New York | (212) 693-5042 | (732) 622-1063 |
| 3. | Walter Petzinger | Dresdner Bank AG | (212) 969-7844 | |
| 4. | Unaddressed | JP Morgan Chase | (917) 464-8069 | (212) 552-6732 |
| 5. | Jessica Sperando | HSBC | (212) 382 7593 | (716) 841-2796 |
| 6. | Ying Wang | Bank of China | (212) 832-5953 | (212) 935-3101 ext. 355 |

| **From:** | Jeremy J.O Harwood | **# of Pages:** (include cover) | 6 |
|---|---|---|---|
| **Phone:** | (212) 885-5149 | | |
| **Fax:** | (917) 332-3720 | **Client/Matter #:** | 129054-00601 |
| **Email:** | JHarwood@blankrome.com | | |
| **Atty No.:** | 05019 | | |

| **ORIGINAL:** | | **WHEN COMPLETED:** | |
|---|---|---|---|
| Will Follow: | | Call For Pickup: | |
| Will Not Follow | x | Send Interoffice: | x |

**COVER MESSAGE:**

Dear Ladies and Gentlemen:

Pursuant to the attached Order of the Court, we are serving the attached Process of Maritime Attachment and Garnishment concerning the above-referenced matter as initial hand service was effected on or about January 25, 2008. Kindly notify me if any funds are attached as a result.

Very truly yours,
Jeremy J.O. Harwood

CONFIDENTIALITY NOTE:
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | | DATE SENT: | TIME SENT: | TIME CALLED: |
|---|---|---|---|---|
| BUSY: | | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

405 Lexington Avenue, New York NY 10174-0208
212.885.5000  Fax: 212.885.5001

900200.00001/6577231v 1

ORIGINAL

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEATREK TRANS PTE LTD.,

                    Plaintiff,

        v.

REGALINDO RESOURCES PTE LTD.,

                    Defendant.

07 Civ. 551 (LAP)

**ORDER DIRECTING CLERK
TO ISSUE PROCESS OF
MARITIME ATTACHMENT
AND GARNISHMENT**

Upon reading and filing the Verified Complaint of Plaintiff, SEATREK TRANS PTE LTD ("Plaintiff"), verified on January 22, 2008 by Jeremy J.O. Harwood, Esq., that to the best of his information and belief, the Defendant REGALINDO RESOURCES PTE LTD., cannot be found within this district, and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist,

**NOW**, upon motion of Blank Rome LLP, attorneys for Plaintiff, it is hereby,

**ORDERED**, that the Clerk of this Court is authorized to issue the Process of Maritime Attachment and Garnishment against all assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights,

900200.00001/6610486v.1

ORDERED, that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

ORDERED, that following initial service by the United States Marshal or other designated process server upon each garnishee, supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or email to each garnishee and, it is further,

ORDERED, that service on any garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the garnishee's business the next business day; and, it is further,

ORDERED, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each garnishee may consent, in writing, to accept service by any other means; and, it is further,

ORDERED, that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

Dated: *January 23*, 2008            SO ORDERED:

_(signature)_

A CERTIFIED COPY
J. MICHAEL McMAHON,                    CLERK

BY _(signature)_
          DEPUTY CLERK

## SCHEDULE A

1.  The Bank of New York
2.  Bank of America
3.  JP Morgan Chase
4.  ABN Amro Bank
5.  American Express Bank
6.  Barclay's Bank
7.  BNP Paribas
8.  Citibank
9.  Deutsche Bank and/or Deutsche Bank Trust Co. Americas
10. Dresdner Bank AG
11. HSBC Bank USA
12. Bank of China

08 Civ. 00551 ( LAP)

Docket No.

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York - GREETINGS:

WHEREAS, a complaint has been filed in the United States District Court for the Southern District of New York on the 22nd day of January, 2008 by

SEATREK TRANS PTE LTD.,

Plaintiff,

-against-

REGALINDO RESOURCES PTE LTD.,

Defendant

in a certain action for breach of a charter party alleging to be due and owing the said Plaintiff the amount of US$3,777,200 and praying for process of maritime attachment and garnishment against the said Defendant, and

WHEREAS, this process is issued pursuant to such prayer and requires that each garnishee shall serve its answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon it and requires that each defendant shall serve its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District you attach goods and chattels to the amount sued for; and if such property cannot be found that you attach credits and effects to the amount sued for, in the hands of garnishees in this district

(1) The Bank of New York; (2) Bank of America; (3) JP Morgan Chase; (4) ABN Amro Bank; (5) American Express Bank; (6) Barclay's Bank; (7) BNP Paribas; (8) Citibank; (9) Deutsche Bank and/or Deutsche Bank Trust Co. Americas; (10) Dresdner Bank AG; (11) HSBC Bank and (12) Bank of China;

to wit: cash, funds, freight, hire, credits and owing up to the total sum of US$3,777,200 and any other property in whatever form belonging to defendant, including but not limited to electronic fund transfers originated by, payable to or otherwise for the benefit of defendant, whether to or from Defendant's foreign banks, or any other electronic fund transfers and that you promptly after execution of this process, file the same in this Court, with your return thereon.

WITNESS, the Honorable Kimba M. Wood, Chief Judge of said Court, this 23rd day of January, 2008, in the year of our Lord two thousand eight, and of our Independence the two hundred and thirty first.

BLANK ROME, LLP
Jeremy Harwood (JH 9012)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5149
Attorneys for Plaintiff

J. MICHAEL McMAHON
CLERK

By:
Deputy Clerk

*NOTE: This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.*

SDNY Form No. 2, PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

900200.00001/6544350v.1

# EXHIBIT C

1336418.1
1336418.1

## Kennedy, Donald

| | |
|---|---|
| **From:** | Kennedy, Donald |
| **Sent:** | Friday, March 14, 2008 5:01 PM |
| **To:** | 'Kevin McGee' |
| **Cc:** | jharwood@blankrome.com; erin.schembri@bnymellon.com; robyn.monaco@bnymellon.com |
| **Subject:** | RE: Seatrek Trans Pte. Ltd. v. Regalindo Resources Pte. Ltd. - SDNY 08-551 - R&H File No. 442,183-473 |

Kevin,
Thank you for your email.

Counsel for Seatrek Trans Pte Ltd. in their Memorandum of Law in Opposition to Defendant's Order to Show Cause stated in part on page 3:

> BONY (like many other Clearing House banks) has an established policy to accept service of Rule B attachment orders, after the first hand delivery, by means of e-mail or fax, and to treat such service as effective throughout each business day on which service is made. Aff. ¶ 7.  Thereafter, <u>pursuant to BONY's agreement with Seatrek's counsel</u>, daily service was made by electronic means. Aff. ¶ 8. (underscoring added)

Would you provide us with a copy of the agreement between BONY and Seatrek's counsel reference in their Memorandum of Law.
Don


Donald J. Kennedy
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Direct: (212) 238-8707
Fax:   (212) 732-3232
mailto:kennedy@clm.com
http://www.clm.com/


---

**From:** Kevin McGee [mailto:KMcGee@rawle.com]
**Sent:** Friday, March 14, 2008 3:50 PM
**To:** Kennedy, Donald
**Cc:** jharwood@blankrome.com; erin.schembri@bnymellon.com; robyn.monaco@bnymellon.com
**Subject:** FW: Seatrek Trans Pte. Ltd. v. Regalindo Resources Pte. Ltd. - SDNY 08-551 - R&H File No. 442,183-473
**Importance:** High

Service of Process details as mentioned in previous correspondence -

<<Seatrek - Service of Process.pdf>>

Very Respectfully,

Kevin L. McGee, Esquire
Rawle & Henderson, LLP
The Widener Building

One South Penn Square
Philadelphia, PA 19107
215-575-4431 - Phone
215-563-2583 - Fax


-----Original Message-----
**From:**   Kevin McGee
**Sent:**   Friday, March 14, 2008 3:48 PM
**To:**   'Kennedy@clm.com'
**Cc:**   jharwood@blankrome.com; 'erin.schembri@bnymellon.com'; 'robyn.monaco@bnymellon.com'
**Subject:**   Seatrek Trans Pte. Ltd. v. Regalindo Resources Pte. Ltd. - SDNY 08-551 - R&H File No. 442,183-473
**Importance:**   High


<<(2323877 - 1) - BNYM_3-6-08_ltr_kennedy - #473.DOC>> <<Seatrek - Redacted Wire details.pdf>> <<Seatrek - Redacted Wire details.pdf>>


Very Respectfully,

Kevin L. McGee, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
215-575-4431 - Phone
215-563-2583 - Fax


*********************************************************************************************************************

This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

*********************************************************************************************************************

3/18/2008

# EXHIBIT D

## Kennedy, Donald

**From:** Kevin McGee [KMcGee@rawle.com]
**Sent:** Tuesday, March 18, 2008 10:35 AM
**To:** Kennedy, Donald
**Cc:** jharwood@blankrome.com; erin.schembri@bnymellon.com; robyn.monaco@bnymellon.com; Carl Buchholz
**Subject:** RE: Seatrek Trans Pte. Ltd. v. Regalindo Resources Pte. Ltd. - SDNY 08-551 - R&H File No. 442,183-473

Don,

Daily service upon The Bank of New York Mellon (incorrectly referred to as "BONY" in your email and papers), was made in accordance with the Order of Judge Preska dated January 23, 2008:

ORDERED, that following initial service by the United States Marshal or other designated process server upon each garnishee, supplemental service of Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or email to each garnishee....

There was/is no written agreement between plaintiff's counsel and the Bank with regard to daily service of process. However, as is The Bank of New York Mellon's standard practice, where the Court's original Order permits facsimile service of process,  the Bank will accept supplemental service of Process via facsimile

Very Respectfully,

Kevin L. McGee, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
215-575-4431 - Phone
215-563-2583 - Fax

-----Original Message-----
**From:** Kennedy, Donald [mailto:kennedy@clm.com]
**Sent:** Friday, March 14, 2008 5:01 PM
**To:** Kevin McGee
**Cc:** jharwood@blankrome.com; erin.schembri@bnymellon.com; robyn.monaco@bnymellon.com
**Subject:** RE: Seatrek Trans Pte. Ltd. v. Regalindo Resources Pte. Ltd. - SDNY 08-551 - R&H File No. 442,183-473

Kevin,
Thank you for your email.

Counsel for Seatrek Trans Pte Ltd. in their Memorandum of Law in Opposition to Defendant's Order to Show Cause stated in part on page 3:

BONY (like many other Clearing House banks) has an established policy to accept service of Rule B attachment orders, after the first hand delivery, by means of e-mail or fax, and to treat such service as effective throughout each business day on which service is made.  Aff. ¶ 7.  Thereafter, pursuant to BONY's agreement with Seatrek's counsel, daily service was made by electronic means.  Aff. ¶ 8. (underscoring added)

Would you provide us with a copy of the agreement between BONY and Seatrek's counsel reference in their Memorandum of Law.

3/18/2008

Don

Donald J. Kennedy
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Direct: (212) 238-8707
Fax:　(212) 732-3232
mailto:kennedy@clm.com
http://www.clm.com/

---

**From:** Kevin McGee [mailto:KMcGee@rawle.com]
**Sent:** Friday, March 14, 2008 3:50 PM
**To:** Kennedy, Donald
**Cc:** jharwood@blankrome.com; erin.schembri@bnymellon.com; robyn.monaco@bnymellon.com
**Subject:** FW: Seatrek Trans Pte. Ltd. v. Regalindo Resources Pte. Ltd. - SDNY 08-551 - R&H File No. 442,183-473
**Importance:** High

Service of Process details as mentioned in previous correspondence -

<<Seatrek - Service of Process.pdf>>

Very Respectfully,

Kevin L. McGee, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
215-575-4431 - Phone
215-563-2583 - Fax

-----Original Message-----
**From:** Kevin McGee
**Sent:** Friday, March 14, 2008 3:48 PM
**To:** 'Kennedy@clm.com'
**Cc:** jharwood@blankrome.com; 'erin.schembri@bnymellon.com'; 'robyn.monaco@bnymellon.com'
**Subject:** Seatrek Trans Pte. Ltd. v. Regalindo Resources Pte. Ltd. - SDNY 08-551 - R&H File No. 442,183-473
**Importance:** High

<<(2323877 - 1) - BNYM_3-6-08_ltr_kennedy - #473.DOC>> <<Seatrek - Redacted Wire details.pdf>> <<Seatrek - Redacted Wire details.pdf>>

Very Respectfully,

Kevin L. McGee, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
215-575-4431 - Phone

Donald J. Kennedy
Gary D. Sesser
Laura A. Reeds
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax:  (212) 732-3232
*Attorneys For Defendant Regalindo Resources Pte Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                     :

SEATREK TRANS PTE LTD.,                        :
                                     :

                  Plaintiff,        :        08 CIV 00551 (LAP)

                                     :

          v.                                      :

REGALINDO RESOURCES PTE LTD.,          :

                                     :

                  Defendant.     :
                                     :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I am over  the age of eighteen years, am not party to this proceeding and am

employed as an Assistant Managing Clerk with the law firm of Carter Ledyard & Milburn

LLP.  I hereby certify that on the 21st day of March 2008, I caused true and correct copies of

the annexed Supplemental Affidavit of Donald J. Kennedy to be served by hand upon the

following:

                   JEREMY O. HARWOOD
                   Blank Rome LLP
                   The Chrysler Building
                   405 Lexington Avenue
                   New York, New York  10174

And that in addition to the above, I caused a true and correct copies of the annexed document to be dispatched by Federal Express to the following:

KEVIN L. MCGEE
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Phildadelphia, PA 19107

Antonio Malaspina

6297002.1