Donald J. Kennedy
Gary D. Sesser
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
*Attorneys For Defendant Regalindo Resources Pte Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

SEATREK TRANS PTE LTD.,                              :
                                                     :
                                                     :
                                                     :
                                    Plaintiff,       :    08 CIV 00551 (LAP)
                                                     :
                                                     :
                  v.                                 :    **NOTICE OF MOTION**
                                                     :
REGALINDO RESOURCES PTE LTD.,                        :
                                                     :
                                                     :
                                    Defendant.       :
                                                     :
----------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the accompanying memorandum of law,

Defendant Regalindo Resources Pte Ltd. will move this Court on a date to be determined

by the Court, before the Honorable Loretta Preska, United States District Judge, for

reconsideration of the Court's March 26, 2008 Memorandum and Order in this case (the

"Order") pursuant to Southern District of New York Local Civil Rule 6.3 and, in the

6314870.1

alternative, for amendment of the Order to include certification for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Dated: New York, New York
      April 8, 2008

CARTER LEDYARD & MILBURN LLP

By: _____
Donald J. Kennedy
Gary D. Sesser
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys For Defendant Regalindo
Resources Pte Ltd.*

TO:

Jeremy J.O. Harwood
Blank Rome, LLP
The Chrysler Building
405 Lexington Avenue
New York, New York  10174-0208
Tel. 212-885-5000
Fax: 212-885-5001

Kevin L. McGee
Rawle & Hendersen LLP
One South Penn Square
The Widener Building, 16th Floor
Philadelphia, PA 19107
Tel. 215-575-4200
Fax: 215-563-2583

6314870.1

Donald J. Kennedy
Gary D. Sesser
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax:  (212) 732-3232
*Attorneys For Defendant Regalindo Resources Pte Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEATREK TRANS PTE LTD.,

                              Plaintiff,             08 CIV 00551 (LAP)

      v.

REGALINDO RESOURCES PTE LTD.,

                             Defendant.

-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       I am over the age of eighteen years, am not party to this proceeding and am

employed as an Assistant Managing Clerk with the law firm of Carter Ledyard & Milburn

LLP.  I hereby certify that on the 8th day of April 2008, I caused true and correct copies of

the annexed Notice of Motion to be served by mail upon the following:

                             JEREMY O. HARWOOD
                             Blank Rome LLP
                             The Chrysler Building
                             405 Lexington Avenue
                             New York, New York  10174

6316170.1

KEVIN L. MCGEE
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Phildadelphia, PA 19107

_____
Antonio Malaspina

6316170.1