UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SEATREK TRANS. PTE., LTD.,                   :

        Plaintiff,                                :

     -against-                                      :        ORDER

REGALINDO RESOURCES PTE., LTD.,      :        08 Civ. 551 (LAP)(KNF)

        Defendant.                              :

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      USDC SDNY
      DOCUMENT
      ELECTRONICALLY FILED
      DOC #: _____
      DATE FILED: 06/20/08

IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on June 24, 2008, at 3:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       June 19, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE