UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SEATREK TRANS. PTE LTD.,                :

       Plaintiff,                                 :                ORDER

     -against-                                       :                08 Civ. 0551 (LAP)(KNF)

REGALINDO RESOURCES PTE LTD.,       :

       Defendant.                              :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephonic status conference was held with counsel to the respective parties on June 24, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that, on or before July 29, 2008, the plaintiff shall move to amend the complaint or the parties shall advise the Court, in a joint writing, of the status of the arbitration proceedings that have been commenced in Singapore pertinent to this action.

Dated: New York, New York
       June 26, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE