USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                              :
SEATREK TRANS PTE LTD.          :          08 CV 551 (LAP)
                                              :
                   Plaintiff,            :          ORDER
                                              :
        v.                                  :
                                              :
REGALINDO RESOURCES PTE LTD.,   :
                                              :
                   Defendant.          :
                                              :
-------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    In light of the parties' information that arbitration proceeds in Singapore, this

action shall be placed on the Court's suspense docket, subject to reinstatement by letter.

The parties shall inform the Court of the status of the action no later than December 1,

2008.

SO ORDERED:

Dated:  July 21, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

seatrekorder721